**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Malton Lacerda
    Petitioner

    V.

                                  CIVIL ACTION

                                  NO.  1:26-cv-12946-ADB


David Wesling et al
    Respondents


**JUDGMENT**


Burroughs, D. J.


    In accordance with the Court's Electronic Order dated July 2, 2026, (ECF No. 12) GRANTING Petitioner Malton Lacerda's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.


                                  By the Court,


July 7, 2026                              /s/Caetlin McManus
    Date                                     Deputy Clerk